# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERTICAL TANK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BAKERCORP,<br><br>    Defendant. | Case No.: 1:18-cv-00145 LJO LJT<br><br>ORDER AFTER SECOND INFORMAL TELECONFERENCE RE DISCOVERY DISPUTE; ORDER SETTING FURTHER CONFERENCE<br>(Doc. 46) |

The Court held a further informal teleconference with counsel to attempt to resolve disputes over production requests propounded by the plaintiff. (Doc. 44) Though there was significant progress made, there is still more work to do. The Court **ORDERS**:

1. Plaintiff's counsel SHALL contact its copy service to urge them toward determining when MJK will produce the subpoenaed documents;

2. No later than today, counsel SHALL meet and confer to determine the appropriate search terms for the legacy documents;

3. No later than today, if defense counsel deems it necessary, they SHALL forward to plaintiff's counsel a proposed clawback agreement;

4. No later than June 26, 2019, defense counsel SHALL confirm to plaintiff's counsel whether the spreadsheets previously produced detail the "accessory items";

5. No later than June 26, 2019, defense counsel SHALL produce to plaintiff's counsel

the invoices (aka the rental returns);

6. No later than June 26, 2019, counsel SHALL file a joint report detailing the status of these activities and, if they have not occurred, why they have not. The report SHALL also include from each side's perspective, the extent to which the dispute continues to exist, the issues yet to resolve and whether a further telephonic conference is needed. If either party desires a further conference, counsel SHALL propose dates that are jointly available.

IT IS SO ORDERED.

Dated: **June 19, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE