1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   VERTICAL TANK, INC.,                    Case No.: 1:18-cv-00145 LJO LJT

12              Plaintiff,                    ORDER GRANTING JOINT REQUEST TO
                                             AMEND THE CASE SCHEDULE
13        v.                                  (Doc. 50)

14   BAKERCORP,

15              Defendant.

16

17        The Court has reviewed the status report filed by counsel. (Doc. 50) The Court agrees that

18   due to the delays caused by ongoing discovery disputes require the case schedule to be amended.

19   Thus, the Court **ORDERS** the case schedule amended as follows:

20        1.    The parties **SHALL** complete all non-expert discovery **no later than September 27,**

21   **2019**;

22        2.    The parties **SHALL** disclose their experts **no later than October 8, 2019** and any

23   rebuttal experts **no later than November 6, 2019**.  They **SHALL** complete all expert discovery **no**

24   **later than December 7, 2019[1]**;

25   ///

26   ///

27   ///

28

---

[1] No other amendments to the case schedule are authorized at this time.

1    3.    The parties **SHALL** submit proposed dates for a settlement conference to occur by

2    September 30, 2019.  In their joint submission, they **SHALL** indicate whether they wish the

3    settlement conference to be conducted by a magistrate judge not assigned to this case.[2]

4

5    IT IS SO ORDERED.

6        Dated:    **July 31, 2019**                    **/s/ Jennifer L. Thurston**
7                                                       UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

[2] The Court understands that they may prefer a different judge to handle the settlement conference and they are
encouraged to act in accordance with their preferences.  However, they should be aware that this may frustrate the
Court's ability to schedule the conference within the agreed-upon period.