| | |
|---|---|
| EASTMAN MCCARTNEY DALLMANN LLP<br>Mathew C. McCartney (SBN 226687)<br>N. Thomas McCartney (SBN 066758)<br>4709 Kimber Avenue<br>Bakersfield, California 93307<br>Telephone: (661) 334-1800<br>Facsimile: (661) 334-8016<br>Email: matt@emdllp.com<br>Email: tom@emdllp.com<br>Attorneys for Plaintiff, Vertical Tank, Inc. | JEFFER MANGELS BUTLER & MITCHELL LLP<br>STANLEY M. GIBSON (Bar No. 162329)<br>ROD S. BERMAN (Bar No. 105444)<br>GREGORY S. CORDREY (Bar No. 190144)<br>JESSICA P. G. NEWMAN (Bar No. 309170)<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, California 90067<br>Telephone: (310) 203-8080<br>Facsimile: (310) 203-0567<br>Email: rberman@jmbm.com;<br>Email: sgibson@jmbm.com;<br>Email: jnewman@jmbm.com<br><br>Attorneys for Defendants BakerCorp and United Rentals (North America), Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERTICAL TANK INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BAKERCORP, a Delaware Corporation; and UNITED RENTALS (NORTH AMERICA), INC., a Delaware corporation;<br><br>    Defendants. | Case No. 1:18-CV-00145-LJO-JLT<br><br>**STIPULATED DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) AND [~~PROPOSED~~] ORDER CLOSING THE CASE**<br>(Doc. 62) |

67349072v1

STIPULATED DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1) AND [~~PROPOSED~~] ORDER

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Vertical Tank Ink. ("VTI"), and Defendants and Counterclaimants BakerCorp and United Rentals (North America), Inc. ("Defendants"), by and through their counsel of record, hereby stipulate that Plaintiff's claims and Defendants' counterclaims in the above-entitled matter are dismissed WITH PREJUDICE and subject to the terms of the Settlement Agreement entered into by and between VTI and Defendants, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully Submitted,

DATED: December 4, 2019

EASTMAN MCCARTNEY DALLMANN LLP
MATHEW C. MCCARTNEY
N. THOMAS MCCARTNEY

By: */s/ N. Thomas McCartney*
N. THOMAS MCCARTNEY
Attorneys for Plaintiff
VERTICAL TANK, INC.

DATED: December 4, 2019

JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON
ROD S. BERMAN
GREGORY S. CORDREY
JESSICA P.G. NEWMAN

By: */s/ Stanley M. Gibson*
STANLEY M. GIBSON
Attorneys for Defendants
BAKERCORP and UNITED RENTALS
(NORTH AMERICA), INC.

**ORDER**

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 62) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **December 4, 2019**          **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE